**FILED**

**Date:** 09/29/2022 **via: email**

**Clerk, U.S. Bankruptcy Jacksonville Division**


# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE: AVA ELECTRIS CANNIE        CASE NO: 3:22-bk-01880

Debtor        Chapter 13

### MOTION FOR ORDER OF CONTEMPT & SANCTIONS FOR VIOLATION OF THE AUTOMATICE STAY 11 US CODE 362 BY JUDGE WEATHERBY WHO IS PROCEEDING WITH CASE 2017-CA-1094 AFTER THE VOLUNTARY PETITION AND NOTIFICATION OF SEPT 16, 2022, HAVE BEEN FILED IN THE CASE.

1. Now comes Debtor to say that due to the Duval State Court case 2017-CA-1094 deny me due process with fair proceedings and giving me time to refinance despite that predatory lender Greentree /Ditech /Pretium does not have standing, debtor had to file chapter 13 Sept 15, 2022.
2. A suggestion of Bankruptcy was filed Sept 16, 2022, with the Duval State Court case 2017-CA-1094. Exhibit A
3. The Duval State Court ignored the bankruptcy petition and held a case management hearing Sept 21, 2022. Exhibit B
4. The Duval State Court additionally booked another case management hearing for Dec 2, 2022. Exhibit C
5. Predatory lender Greentree /Ditech /Pretium keeps filing pleadings with the court after the suggestion of bankruptcy has been filed. Exhibit D

Wherefore creditor Greentree/Ditech/Pretium and Judge Weatherby of the Duval Court have violated the Federal Courts automatic stay 11 us code 362 by attempting to proceed against debtor while she is in chapter 13 which is prohibited. Debtor seeks and Order of Contempt and Sanctions to be imposed on violators.

Respectfully

/S/AVA ELECTRIS CANNIE

12959 HUNT CLUB ROAD N

JACKSONVILLE FLORIDA 32224

904 223-0204 904-718-8865 cell

avacannie@comcast.net or avaelectris@comcast.net

avaelectriscannie@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify a true copy was sent to Michael Weatherby at MichaelW@coj.net and Shane Fuller of RAS at shafuller@raslg.com

/S/Ava Electris Cannie

EXHIBIT A

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO: 2017-CA-001094
DIVISION: FC-E

WILMINGTON SAVINGS FUND SOCIETY FSB,

     Plaintiff,

v.

AVA ELECTRICS CANNIE, et al,

     Defendants.

_____/

## SUGGESTION OF BANKRUPTCY

    The undersigned counsel hereby files this notice that the Plaintiff, AVA ELECTRIS
CANNIE a/k/a EVA HELENE CANNIE, has filed for bankruptcy protection pursuant to Chapter
13 of the United States Bankruptcy Code (Case No. 3:22-bk-01880 – United States Bankruptcy
Court, Middle District of Florida), and requests that this Court take appropriate action to stay all
further proceedings pending further order from the Bankruptcy Court.

                         **COBB & GONZALEZ, P.A.**

                         By: _____
                         D. Brad Hughes, Esq.
                         Florida Bar No. 0045367
                         bhughes@cobbgonzalez.com
                         4655 Salisbury Road, Suite 200
                         Jacksonville, FL 32256
                         Telephone: (904) 822-8001
                         mlohmann@cobbgonzalez.com
                         file@cobbgonzalez.com
                         *Attorneys for Ava Cannie*

1

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document has been furnished to the below recipients via electronic mail, if designated, or via U.S. Mail on this 16th day of September, 2022.

Shane Fuller, Esq.
Robertson, Anschultz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL  33487
flmail@raslg.com

County Clerk of Tarrant County, Texas
100 W. Weatherford Street, Suite 130
Fort Worth, TX  76196

State of Florida, Department of Revenue
2450 Shumard Oaks Blvd.
Tallahassee, FL  32399

Cheryl Shaw Pollock, Esq.
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL  32202
cpollock@coj.net
prein@coj.net

Edward Ronsman, Eq.
McCabe Ronsman
110 Solana Road, Suite 102
Ponte Vedra Beach, FL  32082
service@flcalegal.com
service@jaxandlaw.com

_____
Attorney

EXHIBIT B

# FORECLOSURE CASE MANAGEMENT CONFERENCE

## ORDER AND MEMO

Div.:_____

CASE NO. _2017 CA 1094_  DATE_____  COURTROOM_____

_Wilmington_ v _AVA CANNIE_
**Plaintiff**  **Primary Defendant**

**Plaintiff's Law Firm**_____  E-Mail _____

**Defendant's Firm (if any)**_____  E-Mail _____

**Primary Defendant(s) Served on:**_____  Defendant: Default ☐ Response ☐

**FILED**

**SEP 21 2022**

**Primary Defendant's E-Mail (?)**_____

DUVAL CLERK OF COURT

**Secondary Defendant(s):** _____

_____

_____

****REVERSE MORTGAGE? No☐ Yes☐ :Death☐ Taxes/Ins. ☐ Non-Res. for 12 months ☐

**AAL/GAL:** _____

## {BELOW IS FOR COURT USE ONLY}

**DEADLINES FOR FILING: Motions** _____  **Discovery** _____

**HEARING ON MOTIONS** _____  **TIME** _____ am/pm **COURTROOM** _____

**PENDING MOTIONS:** _____

**CMC/PRE-TRIAL HEARING** _12/2_  **TIME** _9_  am/pm **COURTROOM** _510_

**INSTRUCTION** _____

**MSJ** _____  **TIME** _____ am/pm **COURTROOM** _____

**NJT** _____  **TIME** _____ am/pm **COURTROOM** _____

**REMARKS:**
_Δ has filed BK._

_____

**DONE AND ORDERED, at Jacksonville, Duval County, Florida, this** _____ **day of**

_____ **20**_____.

_MN Weathy_  9/20/22
**Presiding Judge**

EXHIBIT C

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO. 16-2017-CA-001094-XXXX-MA

WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA
TRUST, NOT INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM MORTGAGE
ACQUISITION TRUST,
     Plaintiff,
vs.

AVA ELECTRIS CANNIE, et al,
     Defendant(s).
_____/

## CERTIFICATE OF SERVICE OF FORECLOSURE C
## ASE MANAGEMENT CONFERENCE ORDER AND MEMO

     Plaintiff, by and through its undersigned counsel, hereby gives notice of serving the
attached copy of FORECLOSURE CASE MANAGEMENT CONFERENCE ORDER AND
MEMO upon the parties listed on the attached service list.

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
& PARTNERS, PLLC
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
Service Email: flmail@raslg.com

By: \_\S\Vanessa D. Sloat-Rogers\_
    Vanessa D. Sloat-Rogers, Esquire
    Florida Bar No. 353530
    Communication Email: vrogers@raslg.com



16-241096 - EIB

PAGE 1

I **CERTIFY** that a copy of the Certificate of Service of FORECLOSURE CASE MANAGEMENT CONFERENCE ORDER AND MEMO has been furnished to the parties listed on the attached service list by [ ] e-mail; [ ] hand-delivery; [ ] mail; and/or [ ] fax on this 22 day of September, 2022.

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
& PARTNERS, PLLC
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
Service Email: flmail@raslg.com


By: _\S\Vanessa D. Sloat-Rogers_
    Vanessa D. Sloat-Rogers, Esquire
    Florida Bar No. 353530
    Communication Email: vrogers@raslg.com


## SERVICE LIST

COBB & GONZALEZ, P.A.
D. BRAD HUGHES, ESQ.
ATTORNEY FOR AVA ELECTRIS CANNIE
C/O COBB & GONZALEZ, P.A.
4655 SALISBURY ROAD, SUITE 200
JACKSONVILLE, FL 32256
PRIMARY EMAIL: MLOHMANN@COBBGONZALEZ.COM
SECONDARY EMAIL: BHUGHES@COBBGONZALEZ.COM

COUNTY CLERK OF TARRANT COUNTY, TEXAS
100 W WEATHERFORD ST #130
FORT WORTH, TX 76196

STATE OF FLORIDA, DEPARTMENT OF REVENUE
2450 SHUMARD OAKS BLVD
TALLAHASSEE, FL 32399


16-241096 - ElB

OFFICE OF GENERAL COUNSEL
CHERRY SHAW POLLOCK
ATTORNEY FOR CLERK OF COURT OF DUVAL COUNTY, FLORIDA
C/O OFFICE OF GENERAL COUNSEL
117 WEST DUVAL STREET, SUITE 480
JACKSONVILLE, FL 32202
PRIMARY EMAIL: CPOLLOCK@COJ.NET
SECONDARY EMAIL: PREIN@COJ.NET

MCCABE | RONSMAN
EDWARD RONSMAN, ESQ
ATTORNEY FOR JGCC PROPERTY OWNERS ASSOCIATION, INC.
C/O MCCABE | RONSMAN
110 SOLANA ROAD, SUITE 102
PONTE VEDRA BEACH, FL 32082
PRIMARY EMAIL: SERVICE@FLCALEGAL.COM
SECONDARY EMAIL: SERVICE@JAXANDLAW.COM

# FORECLOSURE CASE MANAGEMENT CONFERENCE

③

## ORDER AND MEMO

Div.:_____

CASE NO. _2017 CA 1094_     DATE_____    COURTROOM_____

_Wilmington_       v _AVA CANNIE_

Plaintiff                           Primary Defendant

Plaintiff's Law Firm_____ E-Mail _____

Defendant's Firm (if any)_____ E-Mail_____

Primary Defendant(s) Served on:_____ Defendant: Default ☐ Response ☐

Primary Defendant's E-Mail (?)_____

FILED

SEP 21 2022

DUVAL CLERK OF COURT

Secondary Defendant(s): _____

_____

_____

****REVERSE MORTGAGE? No ☐ Yes ☐ :Death ☐ Taxes/Ins. ☐ Non-Res. for 12 months ☐

AAL/GAL: _____

### (BELOW IS FOR COURT USE ONLY)

DEADLINES FOR FILING: Motions _____ Discovery _____

HEARING ON MOTIONS _____ TIME _____ am/pm COURTROOM _____

PENDING MOTIONS: _____

CMC/PRE-TRIAL HEARING _12/2_ TIME _9_ am/pm COURTROOM _510_

INSTRUCTION _____

MSJ _____ TIME _____ am/pm COURTROOM _____

NJT _____ TIME _____ am/pm COURTROOM _____

REMARKS: _D has filed BK._

_____

DONE AND ORDERED, at Jacksonville, Duval County, Florida, this _____ day of

_____ 20_____.

_W W Weathy_     _9/28/22_

Presiding Judge

EXHIBIT D

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO. 16-2017-CA-001094-XXXX-MA

WILMINGTON SAVINGS FUND SOCIETY,
FSB, D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST,

     Plaintiff,

vs.

AVA ELECTRIS CANNIE, et al.

     Defendant(s).

_____/

## NOTICE OF HEARING
Plaintiff's counsel will be appearing Via Zoom
## Zoom Meeting ID 908 706 6187

     **PLEASE TAKE NOTICE** that the above styled action will be heard by the Honorable
Foreclosure Judge Duval, Circuit Judge, on **December 02, 2022 at 9:00 AM**, or as soon
thereafter as counsel may be heard, upon the following:

## CASE MANAGEMENT CONFERENCE

I hereby certify that (a) I have made a good faith effort to resolve this matter prior to my noticing
this matter for hearing and (b) the issues before this Court may be heard and resolved within (5
Minutes).

     ROBERTSON, ANSCHUTZ, SCHNEID, CRANE &
     PARTNERS, PLLC
     Attorney for Plaintiff
     6409 Congress Ave., Suite 100
     Boca Raton, FL 33487
     Telephone: 561-241-6901
     Facsimile: 561-997-6909
     Service Email: flmail@raslg.com

     By: _\S\Vanessa D. Sloat-Rogers_
       Vanessa D. Sloat-Rogers, Esquire
       Florida Bar No. 353530
       Communication Email: vrogers@raslg.com




PAGE 1

16-241096 - DaW

**AMERICANS WITH DISABILITIES ACT. If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

<u>**CERTIFICATE OF SERVICE**</u>

  **I hereby certify that** a copy of the Notice of Hearing has been furnished to the parties listed on the attached service list via Mail and/or E-mail in accordance with the corresponding addresses listed therein on this 27 day of September, 2022.

       ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
       & PARTNERS, PLLC
       Attorney for Plaintiff
       6409 Congress Ave., Suite 100
       Boca Raton, FL 33487
       Telephone: 561-241-6901
       Facsimile: 561-997-6909
       Service Email: flmail@raslg.com

       By: _\S\Vanessa D. Sloat-Rogers_
        Vanessa D. Sloat-Rogers, Esquire
        Florida Bar No. 353530
        Communication Email: vrogers@raslg.com

<u>**SERVICE LIST**</u>

COBB & GONZALEZ, P.A.
D. BRAD HUGHES, ESQ.
ATTORNEY FOR AVA ELECTRIS CANNIE
C/O COBB & GONZALEZ, P.A.
4655 SALISBURY ROAD, SUITE 200
JACKSONVILLE, FL 32256
PRIMARY EMAIL: MLOHMANN@COBBGONZALEZ.COM
SECONDARY EMAIL: BHUGHES@COBBGONZALEZ.COM

COUNTY CLERK OF TARRANT COUNTY, TEXAS

100 W WEATHERFORD ST #130
FORT WORTH, TX 76196

STATE OF FLORIDA, DEPARTMENT OF REVENUE
2450 SHUMARD OAKS BLVD
TALLAHASSEE, FL 32399

OFFICE OF GENERAL COUNSEL
CHERRY SHAW POLLOCK
ATTORNEY FOR CLERK OF COURT OF DUVAL COUNTY, FLORIDA
C/O OFFICE OF GENERAL COUNSEL
117 WEST DUVAL STREET, SUITE 480
JACKSONVILLE, FL 32202
PRIMARY EMAIL: CPOLLOCK@COJ.NET
SECONDARY EMAIL: PREIN@COJ.NET

MCCABE | RONSMAN
EDWARD RONSMAN, ESQ
ATTORNEY FOR JGCC PROPERTY OWNERS ASSOCIATION, INC.
C/O MCCABE | RONSMAN
110 SOLANA ROAD, SUITE 102
PONTE VEDRA BEACH, FL 32082
PRIMARY EMAIL: SERVICE@FLCALEGAL.COM
SECONDARY EMAIL: SERVICE@JAXANDLAW.COM

16-241096 - DaW

# <u>Addendum</u>

**Due to COVID guidelines, ALL hearings will be conducted remotely using telephonic or other electronic means, with no in-person appearances by parties, witnesses, court reporters, or any other individuals. \*\*See below for remote hearing instructions.**

**If you wish to be included in the telephone hearing on your case of interest, follow instructions. Once connected, you will wait to participate until your case of interest is called, just as if you are sitting in the courtroom. Please be appropriately attired if you are appearing by video. Please ensure that children cannot disrupt this formal hearing.**

## <u>CALL-IN INSTRUCTIONS TO FORECLOSURE HEARING:</u>

\*\* Call Number: 1-888-788-0099 (toll free) (audio appearance only)

\*\* If your hearing is in **Courtroom 509,** please enter Meeting **ID: 601-181-8697**

 \*\* If your hearing is in **Courtroom 510,** please enter Meeting **ID: 908-706-6187**

Platform: Zoom: www.zoom.us

**ONCE YOU ARE CONNECTED, PLEASE WAIT PATIENTLY UNTIL THE CASE OF YOUR INTEREST IS CALLED.**

**PRESENTATION OF EVIDENCE:** If you intend to present any evidence or documents to the Court, they must be emailed to the Foreclosure Division at lbattenacoj.net at least **three (3) business days** before the hearing, with copies also sent to all other parties. If the sender or the recipient do not have email capabilities, then copies will be physically delivered (USPS or other) at least **three (3) business days** before the hearing.

**APPEARANCE OF WITNESSES, PARTIES, REPORTERS:** Parties are responsible for sharing the remote hearing information with any interested persons. Parties are responsible for arranging the appearance/participation of any witnesses. The court does not have the ability to call parties or witnesses to include them in the hearing. Parties desiring a court reporter are responsible for arranging the participation of the reporter.

# IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

WILMINGTON SAVINGS FUND SOCIETY

V.

CASE NO.: 2017-CA-1094   FC-E

AVA ELECTRIS CANNIE, ET AL

## EVIDENCE CHANGE OF CUSTODY FORM

Detailed Description of Evidence:

PAY HISTORY, JUDGMENT FIGURES, SERVICE TRANSFER LETTER, BREACH LETTER, ASSIGNMENT OF
MORTGAGE, DEMAND LETTER, POWER OF ATTORNEY, AND ORIGINAL NOTE AND ORIGINAL MORTGAGE.

Reason for Change of Custody:

☑ Court Proceeding

☐ Judge's Office: _____ (Fill in Judge Office)

☐ Return to Clerk of Court

☐ Other:_____ (Fill in Reason)

I/we release the above evidence.

Sign: _Tonya Meancelive_

Date: 9-19-22

Time: _____

Sign:_____

Date: _____

Time: _____

I receive and accept responsibility for
the above evidence.

Sign: _____

Date: _____

Time: _____

# A

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO. 16-2017-CA-001094-XXXX-MA

WILMINGTON SAVINGS FUND SOCIETY,
FSB, D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION
TRUST,
      Plaintiff,

vs.

AVA ELECTRIS CANNIE, et al.
      Defendant(s).
_____/

## AFFIDAVIT AS TO REASONABLE ATTORNEYS FEES

STATE OF FLORIDA
COUNTY OF PALM BEACH

      BEFORE ME, the undersigned authority, personally appeared Nathan Schwartz, Esq., who being duly sworn, deposes and says:

      1.    I am an attorney licensed to practice law in the State of Florida and I have practiced law in Florida since 1985. I am personally familiar with the fees usually awarded to plaintiffs in foreclosure suits of the kind and nature in which this affidavit is filed.

      2.    I have reviewed, or have had the opportunity to review, the file of counsel for Plaintiff in this action.

      3.    I am familiar with the amounts charged by attorneys for services rendered in such cases and $175.00-$300.00 per hour is a reasonable rate.

      4.    In my opinion, based on the circumstances of this case, a flat fee of $4,350.00, and contested fees in the amount of $35,397.50, for a total amount of $39,747.50 to be billed by Plaintiff's Attorney's Law Firm is reasonable.

      5.    In arriving at my opinion I have evaluated the factors identified below in determining my opinion of a reasonable attorney's fee as stated above, pursuant to R. Regulating Fla.Bar 4-1.5(b) and under Florida Patients Compensation Fund v. Rowe 472 So.2nd 1145 (Fla. 1985).

    a.    The time and labor required, the novelty, complexity and difficulty of the questions involved, and the skill requisite to perform the legal service properly.
    b.    The likelihood that the acceptance of the particular employment will preclude other employment by the lawyer.

16-241096 - AsB

c. The fee, or rate of fee, customarily charged in this locality for legal services of a comparable or a similar nature.
d. The significance of, or amount involved in, the subject matter of the representation, the responsibility involved in the representation, and the results obtained.
e. The time limitations imposed by the client or by the circumstances and, as between attorney and client, any additional or special time demands or requests of the attorney by the client.
f. The nature and length of the professional relationship between said counsel and the client.
g. The experience, reputation and ability of Plaintiff's attorney.
h. The fact that the fee is fixed and not contingent.

6.     I have no interest in the outcome of this litigation nor am I associated with or an employee of the Plaintiff or the Defendant, or of the attorneys of either.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Nathan Schwartz, Esquire

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 13 day of September 2022, by Nathan Schwartz who is personally known to me or has produced _____ as identification, and who did take an oath.

(Seal)

DIANNE DICKENSON
MY COMMISSION # GG 285265
EXPIRES: January 1, 2023
Bonded Thru Notary Public Underwriters

_____
Signature of Notary Public
Print, Type/Stamp Name of Notary

16-241096 - AsB

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO. 16-2017-CA-001094-XXXX-MA

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION
TRUST,

       Plaintiff,

vs.

AVA ELECTRIS CANNIE, et al.

       Defendant(s).

_____/

## NOTICE OF FILING PROOF OF PAYMENT OF
## DOCUMENTARY TAXES FOR LOAN MODIFICATION

     Plaintiff, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE
ACQUISITION TRUSTby and through its undersigned attorney hereby files the attached proof
of payment of documentary taxes for Loan Modification.

### CERTIFICATE OF SERVICE

    **I hereby certify that** a copy of this Notice of Filing and the documents filed therewith
have been furnished to the parties listed on the attached service list via Mail and/or E-mail in
accordance with the corresponding addresses listed therein on this 15 day of September, 2022.

          ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
          & PARTNERS, PLLC
          Attorney for Plaintiff
          6409 Congress Ave., Suite 100
          Boca Raton, FL 33487
          Telephone: 561-241-6901
          Facsimile: 561-997-6909
          Service Email: flmail@raslg.com

          By: _\S\Vanessa D. Sloat-Rogers_
             Vanessa D. Sloat-Rogers, Esquire
             Florida Bar No. 353530
             Communication Email: vrogers@raslg.com

 

16-241096 - VaS

PAGE 1

# SERVICE LIST

COBB & GONZALEZ, P.A.
D. BRAD HUGHES, ESQ.
ATTORNEY FOR AVA ELECTRIS CANNIE
C/O COBB & GONZALEZ, P.A.
4655 SALISBURY ROAD, SUITE 200
JACKSONVILLE, FL 32256
PRIMARY EMAIL: MLOHMANN@COBBGONZALEZ.COM
SECONDARY EMAIL: JFIELDS@COBBGONZALEZ.COM

COUNTY CLERK OF TARRANT COUNTY, TEXAS
100 W WEATHERFORD ST #130
FORT WORTH, TX 76196

STATE OF FLORIDA, DEPARTMENT OF REVENUE
2450 SHUMARD OAKS BLVD
TALLAHASSEE, FL 32399

OFFICE OF GENERAL COUNSEL
CHERRY SHAW POLLOCK
ATTORNEY FOR CLERK OF COURT OF DUVAL COUNTY, FLORIDA
C/O OFFICE OF GENERAL COUNSEL
117 WEST DUVAL STREET, SUITE 480
JACKSONVILLE, FL 32202
PRIMARY EMAIL: CPOLLOCK@COJ.NET
SECONDARY EMAIL: PREIN@COJ.NET

MCCABE | RONSMAN
EDWARD RONSMAN, ESQ
ATTORNEY FOR JGCC PROPERTY OWNERS ASSOCIATION, INC.
C/O MCCABE | RONSMAN
110 SOLANA ROAD, SUITE 102
PONTE VEDRA BEACH, FL 32082
PRIMARY EMAIL: SERVICE@FLCALEGAL.COM
SECONDARY EMAIL: SERVICE@JAXANDLAW.COM

16-241096 - VaS



### State of Florida
# Department of Revenue

**DOR Home**        **e-Services Home**        **Print Page**        **Contacts**        **Logout**
Documentary Stamp Tax · Click for Help

**FEIN/SSN:** ███████

**Wilmington Savings Fund Society FS**
c/o Selene, 3501 Olympus Blvd, #500
Dallas, TX 75019

> Cancellations must be done before 5:00 p.m. ET on the date of submission. If the submission is completed after 5:00 p.m. ET on the date of submission, weekend, or holiday the cancellation must be done before to 5:00 p.m. ET the next business day. All cancellations are permanently deleted from our database.

# Confirmation Number: 222580281956
## Confirm Date and Time: 09/15/2022 14:52:54 PM ET

DR228 File and Pay

Tax returns and payments are due by the 20th day of the month following each collection period.

**Collection Period:**    08/2022

| | |
|---|---|
| Debit Date: | 9/16/2022 |
| Enter Amount for Check: | $569.47 |
| Bank Routing Number: | ████████ |
| Bank Account Number: | ████████ |
| Bank Account Type: | Checking |
| Corporate/Personal: | Corporate |
| Name on Bank Acct: | Robertson Anschutz a |

I hereby authorize the Department of Revenue to process this ACH transaction and to debit the bank account identified above. I understand there may be service charges assessed on any transactions not honored by my bank.

| | |
|---|---|
| Signature: | Nicole Mealey |
| Phone Number: | 5616130082 |
| Email Address: | nmealey@raslg.com |

## Worksheet for DR228

| | Description | A: Amount of Transaction(s) | B: Rate or Fee | C: Tax Due |
|---|---|---|---|---|
| Step 1 | Notes and Other Written Obligations to Pay Money | 75577.13 X | $.35 per $100 (MAX = $2,450) | 264.52 |
| Step 2 | Bonds | 0.00 X | $.35 per $100 = | 0.00 |
| Step 3 | Instruments Transferring Interest in Florida Real Property | | | |
| | a. Miami-Dade County Surtax | 0.00 X | $.45 per $100 = | 0.00 |
| | b. Tax Amount | | | |
| | i. Miami-Dade County | 0.00 X | $.60 per $100 = | 0.00 |
| | ii. Counties excluding Miami-Dade | 0.00 X | $.70 per $100 = | 0.00 |
| Step 4 | Instruments Transferring Ownership Interest in a Conduit Entity | | | |
| | a. Miami-Dade County Surtax | 0.00 X | $.45 per $100 = | 0.00 |
| | b. All Counties including Miami-Dade | 0.00 X | $.70 per $100 = | 0.00 |
| Step 5 | Miami-Dade County Surtax Due (Sum of Steps 3a and 4a) | | | 0.00 |
| Step 6 | Documentary Stamp Tax Due (Sum of Steps 1, 2, 3bI, 3bII, and 4b.) | | | 264.52 |

| | |
|---|---|
| 4. Miami-Dade County Surtax Due (Amount on worksheet Step 5) | 0.00 |
| 5. Documentary Stamp Tax Due (Amount on worksheet Step 6) | 264.52 |
| 6. Penalty | 132.26 |
| 7. Interest | 172.69 |
| 8. Total Amount Due with Return | 569.47 |

Back to Main Menu          Print Confirmation          Save as PDF

[ FAQs ]                    [ Privacy ]                    [ Disclaimer]

